DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE ELIZABETH CZYZ,**
Appellant,

v.

**MARK ELLIOT ZUCKERBERG, META PLATFORMS, INC., BLOGGER, INC., THE MCCLATCHY COMPANY, LLC**, d/b/a the Miami Herald, **CA FLORIDA HOLDINGS, LLC** d/b/a the Palm Beach Post, **DAVID J. NEAL**, and **JANE MUSGRAVE**,
Appellees.

No. 4D2025-0565

[June 18, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502024CA000996XXXAMB.

Catherine Elizabeth Czyz, Frankenmuth, Michigan, pro se.

Mark Richard Caramanica, of Thomas & LoCicero PL, Tampa, for appellees The McClatchy Company, LLC d/b/a the Miami Herald, CA Florida Holdings, LLC d/b/a the Palm Beach Post, David J. Neal, and Jane Musgrave.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***